**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| **JADY L. CHANDLER,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 08-2204 |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| sued as Michael J. Astrue, ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

In August 2007, Administrative Law Judge (hereinafter "ALJ") Peter Caras denied Plaintiff Jady Chandler's application for disability insurance benefits (hereinafter "DIB") and supplemental security income (hereinafter "SSI"). The ALJ found that Plaintiff was not disabled because she can perform work that exists in significant numbers in the economy.

In September 2008, Plaintiff filed a Complaint for Judicial Review (#4) against Defendant, Michael Astrue, Commissioner of Social Security, seeking review of the ALJ's decision to deny her DIB and SSI. In January 2009, Plaintiff filed a Motion for Summary Judgment or Remand (#11). In May 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#15). In August 2009, Defendant filed a Supplemental Memorandum In Support of Motion for Summary Affirmance (#17) and Plaintiff filed her Response to Defendant's Supplemental Memorandum (#18).

After reviewing the record and parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgment or Remand (#11) be granted. Consistent with the Court's reasoning in the Report and Recommendation recommending granting motion (#11), the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#15)** be **DENIED**.

ENTER this 3rd day of September, 2009.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE