**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| **JADY CHANDLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 08-CV-2204 |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Reports and Recommendations (#19), (#20) were filed by Magistrate Judge David G. Bernthal in the above cause on September 3, 2009.  On September 16, 2009, Defendant, Michael J. Astrue, Commissioner of Social Security, filed his Objection to Report and Recommendations (#21).  Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Reports and Recommendations (#19), (#20).  This court agrees that Plaintiff's Motion for Summary Judgment or Remand (#11) should be GRANTED and Defendant's Motion for Summary Judgment (#15) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#19), (#20) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment or Remand (#11) is GRANTED and Defendant's Motion for Summary Judgment (#15) is DENIED.

(3) This case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g), sentence 4.

(4) This case is terminated.

ENTERED this 9th day of October, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE