UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JADY L. CHANDLER,         )<br>                                       )<br>            Plaintiff,          )<br>    v.                               )<br>                                       )<br>MICHAEL J. ASTRUE,       )<br>Commissioner of Social Security,  )<br>                                       )<br>            Defendant.         ) | Case No. 08-CV-2204 |

### ORDER

A Report and Recommendation (#26) was filed by Magistrate Judge David G. Bernthal in the above cause on February 2, 2010.  On February 3, 2010, Defendant, Michael J. Astrue, Commissioner of Social Security, filed his Motion to Reconsider Magistrate Judge's Report and Recommendation (#27) and his Objection to Report and Recommendation (#28).  In both the Motion to Reconsider and Objection, Defendant argued that he failed to object to Plaintiff Jady L. Chandler's Motion for Attorneys Fees Under the Equal Access to Justice Act (EAJA) (#2%) due to the inadvertance of the undersigned attorney.  On March 10, 2010, Judge Bernthal entered a text order denying the Motion to Reconsider, stating "[t]he recommendation regarding fees was based upon the reasoning expressed in the Report and Recommendation (#26) and not upon the failure of Defendant to respond."  Defendant filed a Renewed Objection (#30) on March 12, 2010.  Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objections, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#26).  This court agrees that Plaintiff's Motion for Attorneys Fees Under the Equal Access to Justice Act (#25) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#26) is accepted by this court.

(2) Plaintiff's Motion for Attorneys Fees Under the Equal Access to Justice Act (#25) is GRANTED and an award shall be made under the EAJA in the sum of $5,794.30.

ENTERED this 14th day of April, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE